USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCKY A. GUZMAN III, SHAWN SMALLS, WILFREDO BADIA, UGENE ALLEN, and CHRIS BENNETT, on behalf of themselves and those similarly situated,

Plaintiffs,

-against-

ARxIUM, Inc.,

Defendant.

26 Civ. 2346 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' letter, dated October 29, 2026, seeking leave to file a second amended complaint, *see* ECF No. 36, as well as Defendant's response, *see* ECF No. 37. Defendant filed its motion to dismiss on October 2, 2026, *see* ECF No. 33, in accordance with the Court's August 20, 2026 scheduling order, *see* ECF No. 31. Pursuant to the undersigned's Individual Rule III(B)(iv), Plaintiffs had ten days from the date of the filing of Defendant's motion to dismiss to submit a written notice of their intent to amend their complaint. Plaintiffs, as they admit, missed their deadline. *See* ECF No. 36. The Court shares Defendant's frustration with Plaintiffs' lack of diligence. However, the Court determines it would be a waste of the parties' and the Court's resources to continue briefing on a pleading that Plaintiffs admit is deficient.

Accordingly, Plaintiffs' motion to file a second amended complaint is GRANTED and Defendant's pending motion to dismiss is VACATED:

By **November 13, 2026**, Plaintiffs shall file its second amended complaint in accordance with Individual Rule III(H).

By **December 14, 2026**, Defendant shall either: (1) file an answer to the second amended complaint; (2) file a new motion to dismiss; or (3) submit a letter stating that it relies on the previously filed motion to dismiss.

Plaintiffs should not expect further leniency from the Court should they disregard future deadlines. The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 33, 36.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ANALISA TORRES
United States District Judge